IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
CASE NO. JFM-02-3803
AFFIDAVIT OF SPECIAL PROCESS SERVER

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2003 MAR 19 P 2:10
CLERK'S OFFICE
AT BALTIMORE
_____ DEPUTY

**Scott Rosignal**, being first duly sworn on oath deposes and says that he was duly appointed by the Court to serve process in the above mentioned cause.

That he served the within:

  (X) Summons & Complaint
  ( ) Citation to Discover Assets
  ( ) Rule to Show Cause
  ( ) Subpoena in a Civil Case
  (X) Other: Civil Cover Sheet, Blank Disclosure of Corporate Interests Form, Blank General Consent to Proceed Before a U.S. Magistrate Form

1. ( ) By leaving a copy with the named defendant, ----------, personally on ----------.

2. ( ) On the within defendant, ------------, by leaving a copy with ---------------, who states they are a member of the household on ------------, and informed that person of the contents thereof.

3. (X) On the within defendant, **Midland Central Trading**, by leaving a copy with **Andy Lin, Corporate Officer and Authorized Person**, on **March 18, 2003**, and informed that person of the contents thereof.

4. (X) That the sex, race and approximate age of the person with whom he left the documents were as follows:
**SEX: Male**  **RACE: Asian**  **APPROXIMATE AGE: 40-45**

5. (X) That the place where and the time of day when the documents were served were as follows:
PLACE: **503 West Root Street, Chicago, Illinois 60609**
TIME OF DAY: **10:30 a.m.**

6. ( ) That he was unable to serve the within named defendant ------------------ located at -- ------------------------------ for the reason: -------------------------------------------

Signed and Sworn to before me
This 18th day of March 2003

"OFFICIAL SEAL"
NICOLE DANIELLE GROSH
Notary Public State of Illinois
My Commission Expires 02/27/06

SCOTT ROSIGNAL
Special Process Server
IT'S YOUR SERVE, INC.
Private Detective No. 117-000885