IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SOUTH WING HING TRADING   *
       Plaintiff   *
   vs   *   CIVIL NO. JFM-02-3803
MIDLAND CENTRAL TRADING   *
    Defendant   *

## ORDER OF DEFAULT

It appearing from the records and/or affidavit of <u>Plaintiff</u> that the summon and complaint were properly served upon the above named defendant on <u>March 18, 2003</u> and that the time for said defendant to plead or otherwise defend expired on <u>April 7, 2003</u> and that said defendant have failed to plead or otherwise defend as directed in said summon and as provided by the Federal Rules of Civil Procedure.

Therefore, upon the request of the Plaintiff, and pursuant to Rule 55 of the Federal Rules of Civil Procedure, it is <u>ORDERED</u> that the default for want of answer or other defense by said plaintiff is entered this <u>15th</u> day of <u>April</u> 20<u>03</u>.

                FELICIA CANNON, CLERK OF COURT

    By:   /s/
         Martina West
         Deputy Clerk