# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

SOUTH WING HING TRADING
[Name of Plaintiff]
    Plaintiff(s)

Case No. [Case Number]
JFM-02-3803

MIDLAND CENTRAL TRADING
[Name of Defendant]
    Defendant(s)

## JUDGMENT BY DEFAULT PURSUANT TO RULE 55
## OF THE FEDERAL RULES OF CIVIL PROCEDURE

It appearing from the records in the above-entitled action that an Order of Default for want of answer or other defense was made on _April 15, 2003_, as to Defendant for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure; and it appearing that Defendant was properly served on March 18, 2003; therefore, it is this _16th_ day of _April_, 20_03_, by the United States District Court for the District of Maryland,

ORDERED and ADJUDGED, that Judgment by Default be and the same is entered in favor of Plaintiff against Defendant for the sum of $ 52,332.50, with interest and costs.

~~FELICIA C. CANNON, CLERK~~

By _/s/_

~~Deputy Clerk~~

U.S. District Court (Rev. 11/1999) - Judgment by Default Pursuant to Rule 55